# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA LIDIA ORELLANA,<br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, et al.,<br>    Defendants. | CV 18-9047 DSF (JCx)<br><br>JUDGMENT |

The Court having granted Defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 5, 2019

_____
Dale S. Fischer
United States District Judge